02-12-113-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00113-CV

 

 


 
 
 In the Interest of S.L.L., A Child
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE 233rd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s request to withdraw his appeal. 
It is the court=s opinion that the request
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          

                                                                             PER
CURIAM

PANEL:   
MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED:
 May 31, 2012









[1]See
Tex. R. App. P. 47.4.